UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.D. and M.K., individually and on behalf
of R.D., a minor,

                                Plaintiffs,                          25-CV-06963 (JPO)

                    -v-                                              ORDER

NEW YORK CITY DEPARTMENT OF
EDUCATION,
                                Defendant.

J. PAUL OETKEN, District Judge:

        In this case, Plaintiffs seek attorney's fees in connection with their claims under the

Individuals with Disabilities Education Act, 20 U.S.C. §§ 1400 *et seq.*  The parties are hereby

ORDERED to submit a joint letter on or before October 24, 2025, not exceeding three pages,

indicating whether there is any need for discovery or an initial conference in this case.  If there is

no such need, the parties should include in their letter a proposed briefing schedule for any

motions, including motions for summary judgment.  Finally, the parties should, in that same

letter, advise the Court whether the case should be referred to a magistrate judge for a settlement

conference.

        SO ORDERED.

Dated:  August 25, 2020
        New York, New York

                                                        _____
                                                              J. PAUL OETKEN
                                                        United States District Judge